Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
Email: tbarrett@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
603 Rose Avenue
Venice, California  90291
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IOU INTERNATIONAL, INC., a California Corporation, individually and doing business as VISION INTERNATIONAL 1, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD OF JEANS AND TOPS, INC., a California Corporation; TILLY'S, INC., a Delaware Corporation; and DOES 1-10,<br><br>Defendants. | Case No. CV14-02868-ODW-AGR<br>*Hon. Otis D. Wright II, Presiding*<br><br>**STIPULATION TO DISMISS ACTION**<br><br>**[Proposed Order submitted herewith]** |

1  IT IS HEREBY AGREED UPON BETWEEN AND STIPULATED by the
2  parties to this stipulation as follows:

3  A. This action is dismissed *with prejudice* in its entirety pursuant to the
4     terms of the settlement agreement entered into by Plaintiff and
5     Defendants; and

6  B. The parties to this stipulation will each bear their own costs and fees
7     as incurred against one another in connection with this action; and

8  SO STIPULATED.

9  Date: November 19, 2014         By: /s/ Scott A. Burroughs
10                                 Scott A. Burroughs, Esq.
11                                 DONIGER / BURROUGHS APC
                                   Attorneys for Plaintiff
12
13 Date: November 19, 2014         By: /s/ Keith J. Wesley
                                   Keith J. Wesley, Esq.
14                                 BROWNE GEORGE ROSS LLP
15                                 Attorneys for Defendants